IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH BANKS d/b/a
BANKS ELECTRIC,

      Plaintiff,

vs.                                                Civ. No. 02-445 BB/WWD ACE

R.E. WILLIAMS CONSTRUCTION
SERVICES CO. and CUMBERLAND
CASUALTY & SURETY COMPANY,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the joint motion of the parties granting an extension of time for the completion of discovery until March 17, 2003.  The motion also seeks to extend all other deadlines in this cause.  The extensions sought would make dispositive motions due on June 13, 2003, which would be approximately 23 days before the presently set trial date.  This does not allow the trial judge adequate time to consider dispositive motions.

    **WHEREFORE,**

    **IT IS ORDERED** that the Joint Motion for Extension of Time filed December 16, 2002, be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE